1

**DO PHU & ANH TUAN, APLC**
10517 Garden Grove Boulevard

2

Garden Grove, California 92843
Telephone:  714.590.1700, Fax:  714.590.7868

3

4

Attorney for Plaintiff,
NEW AMERICAN FUNDING, INC.

5

6

7

## IN THE UNITED STATES DISTRICT COURT FOR THE

8

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

9

10

NEW AMERICAN FUNDING, INC.,

Case No.:  8:2011-cv-01668

11

            Plaintiff,

**AMENDED NOTICE OF MOTION FOR**

12

vs.

**ORDER REMANDING THE CASE TO STATE COURT AND FOR AN ORDER**

13

BROKER SOLUTIONS, INC., d/b/a NEW

**FOR PAYMENT OF COSTS AND ATTORNEY FEES**

14

AMERICAN FUNDING; and DOES 1-10,
inclusive

15

Date:  1/09/2012
Time:  8:30 AM

            Defendant.

Dept.   9D

16

17

18

Notice is hereby given that plaintiff herein will move this court on January 9, 2012 at

19

8:30 AM in Courtroom 9D for an order remanding the above matter to state court. Plaintiffs will

20

also seek an order requiring defendant, Broker Solutions, Inc. to pay costs and attorney fees. The

21

motion will be made on the basis that the notice of removal is defective, and that the court lacks

22

subject matter jurisdiction. 28 U.S.C. 1446, 28 U.S.C. 1447.

23

The motion will be based on the Memorandum of Law filed herewith, the declaration of

24

Justin Sterling, the file herein, and on such other information as may be developed at the hearing

25

herein.

26

Notice of Motion to Remand - 1

1

2

3

4 DATED:  11/30/2011

5
                                                     Justin Sterling
6
                                                     Attorney for Plaintiff
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26