Patrick J. Stark (SBN 149352)
Patrick D. Paschall (SBN 265458)
STARK & D'AMBROSIO, LLP
501 W. Broadway, Ste. 770
San Diego, CA 92101

Tel: (619) 338-9500
Fax: (619) 338-9595

Attorney for Defendant,
BROKER SOLUTIONS, INC.

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| NEW AMERICAN FUNDING, INC.<br><br>Plaintiff,<br><br>v.<br><br>BROKER SOLUTIONS, INC., d/b/a NEW AMERICAN FUNDING, a Business Entity, Form Unknown; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:2011-cv-01668<br><br>DECLARATION OF SCOTT RESLEY IN SUPPORT OF DEFENDANT BROKER SOLUTIONS, INC. DBA NEW AMERICAN FUNDING'S OPPOSITION TO PLAINTIFF NEW AMERICAN FUNDING'S MOTION FOR ORDER REMANDING THE CASE TO STATE COURT<br><br>Date: January 9, 2012<br>Time: 8:30 a.m.<br>Dept.: 9D |

I, Scott Resley, declare as follows:

1. I am an employee of Knox Services. I make this declaration to provide evidentiary support for Defendant BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING's ("Broker Solutions") attempted filing of its Notice and Petition for Removal from Orange County Superior Court, case number 30-2011-00488857 ("Notice of Removal") on October 27, 2011. I have personal knowledge of the facts stated herein and if called to testify, I could and would competently do so.

2. On October 27, 2011, at approximately 10:10 a.m., as an employee of Knox Services, I attempted to file Broker Solutions' Notice of Removal with the Clerk of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, California 92701-4516.

DECLARATION OF SCOTT RESLEY IN SUPPORT OF DEFENDANT BROKER SOLUTIONS, INC. DBA NEW AMERICAN FUNDING'S OPPOSITION TO PLAINTIFF NEW AMERICAN FUNDING'S MOTION FOR ORDER REMANDING THE CASE TO STATE COURT

1

3. However, on October 27, 2011, after presenting the Notice of Removal for filing, the Clerk rejected the attempted filing on the basis that the caption of the Notice of Removal was not identical to the caption within Plaintiff NEW AMERICAN FUNDING, INC.'s ("Plaintiff") first amended complaint.

I declare under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct. Executed on December 27, 2011, at Santa Ana, California.

_/s/ Scott Resley_  12/27/11
Scott Resley

DECLARATION OF SCOTT RESLEY IN SUPPORT OF DEFENDANT BROKER SOLUTIONS, INC. DBA NEW AMERICAN FUNDING'S OPPOSITION TO PLAINTIFF NEW AMERICAN FUNDING'S MOTION FOR ORDER REMANDING THE CASE TO STATE COURT

2